JUDGE KAPLAN

08 CV 03443

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                    :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND                  :
THE MCGRAW-HILL COMPANIES, INC.,
                                            :
                        Plaintiffs,
                                            :
        -against-                                08 Civ.
                                            :
RAVI BILLA D/B/A BOOKIONICS
AND JOHN DOES NOS. 1-5,                      :

                        Defendants.    :

- - - - - - - - - - - - - - - - - - - -x



RULE 7.1 STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure and to enable Judges and Magistrate Judges

of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for The McGraw-Hill

Companies, Inc. (a private, non-governmental party)

certifies that no publicly-held corporation owns more than

10% of the stock of the said party.


DATE:    4/8/08                          _William Dunnegan_
                                         SIGNATURE OF ATTORNEY